IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NO. CR 06-167-S-BLW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| JOHN KIRK SALVADORI, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

On November 22, 2006, Defendant JOHN KIRK SALVADORI appeared before the

undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea

agreement.  The Defendant executed a written waiver of the right to have the presiding United

States District Judge take his change of plea.  Thereafter, the Court explained to the Defendant

the nature of the charges contained in the applicable indictment (Docket No. 6), the maximum

penalties applicable, his constitutional rights, the impact that the Sentencing Guidelines will

have, and that the District Judge will not be bound by the agreement of the parties as to the

penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the

Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's

**Report and Recommendation - Page 1**

guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1)      The District Court accept Defendant JOHN KIRK SALVADORI's plea of guilty to Counts ONE, TWO and FIVE of the indictment (Docket No. 6), and that a pre-sentence report be ordered.

2)      The District Court GRANT, at the appropriate time, the United States' motion to dismiss Counts THREE and FOUR of the indictment (Docket No. 6) as to Defendant.

Written objections to this Report and Recommendation must be filed within ten (10) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

Dated: November **22**, 2006.

MIKEL H. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

**Report and Recommendation - Page 2**